UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA MILLER-EVANS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C18-5226 JLR

**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, [Plaintiff's Objections to the R+R, Defendant's Response], and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 3rd day of Dec., 2018.

                    JAMES L. ROBART
                    United States District Judge

ORDER REVERSING THE COMMISSIONER AND
REMANDING FOR FURTHER PROCEEDINGS - 1